IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC,<br><br>    *Plaintiff,*<br><br>           v.<br><br>SLOVENE NATIONAL BENEFIT SOCIETY LODGE NO. 124 CLUB d/b/a SNPJ RECREATION CENTER,<br><br>    *Defendant*. | Case No. 2:25-cv-00591 |

### SNPJ RECREATION CENTER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant SNPJ Recreation Center, by and through undersigned counsel, hereby move this Court to dismiss Plaintiff Rockefeller Photos LLC's Complaint in its entirety, for the reasons set forth below and in SNPJ Recreation Center's accompany brief:

1. The Complaint filed by Plaintiff Rockefeller Photos, LLC ("Plaintiff") is a fundamentally flawed and legally insufficient attempt to hold SNPJ Recreation Center accountable for allegations that are not only unsubstantiated but also misattributed, warranting dismissal of the Complaint with prejudice.

2. SNPJ Recreation Center, by and through its attorneys, submits these preliminary objections without waiver of its right to seek further substantive remedies and assert further defenses when and as appropriate.

3. First, SNPJ Recreation Center moves to dismiss the Complaint pursuant to F.R.C.P. 12(b)(2) for lack of personal jurisdiction. Because Plaintiff has named a non-existent entity as a defendant, this Court lacks personal jurisdiction *de facto*.

4. Second, SNPJ Recreation Center moves to dismiss the Complaint pursuant to F.R.C.P. 12(b)(4) for insufficient service of process. Plaintiff's Proof of Service, as filed on the docket in this action, is rife with inaccuracies and fails to provide any indication that service was made upon SNPJ Recreation Center or any related entity.

5. Third, SNPJ Recreation Center moves to dismiss the Complaint pursuant to F.R.C.P. 12(b)(6) for failure to state a claim. Plaintiff has failed to allege facts sufficient to plead any of the elements required to sustain a claim for copyright infringement.

6. For the reasons outlined above, SNPJ Recreation Center respectfully requests that this Honorable Court dismiss Plaintiff Rockefeller Photos LLC's Complaint with prejudice. Alternatively, if dismissal is not granted, SNPJ Recreation Center requests that Plaintiff be ordered to amend the Complaint to address the extensive deficiencies present in the Complaint.

Respectfully submitted,

Dated: June 25, 2025

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Duane A. Stewart III*
Duane A. Stewart III (PA I.D. 86169)
Peter S. Russ (PA I.D. 58284)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219
T: (412) 562-8800
F: (412) 562-1041
duane.stewart@bipc.com
peter.russ@bipc.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June 2025, I filed and served a true and correct copy of the foregoing Motion to Dismiss Plaintiff's Complaint via ECF Filing upon all counsel of record. Copies were also served via electronic mail to the email address Plaintiff's counsel provided in its Complaint, pursuant to Federal Rule of Civil Procedure 5(e).

/s/ Duane A. Stewart III
Duane A. Stewart, III
*Counsel for Defendant*

Dated: June 25, 2025